RELATED DOJ

SCOTT ROBERT MOORE, IN PROPER
5901 E. 7TH ST. BLDG. 128 UNIT L1
TIBOR RUBIN VA MEDICAL CENTRE
LONG BEACH, CA 90822 U.S.A.



ORIGINAL
FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2022
CENTRAL DISTRICT OF CALIFORNIA
BY KMH  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SCOTT ROBERT MOORE,
~ Petitioner ~

v.

LONG BEACH POLICE DEPT,
LOS ANGELES COUNTY
~ Respondent ~

Case No. 2:22-CV-1637-RSWL-JPR

TITLE 42, SECTION 1983
CIVIL RIGHTS VIOLATION
REQUEST FOR JURY TRIAL

I, SCOTT ROBERT MOORE, AN ARMY VET (4/7 INFANTRY 3RD DIV), DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
ON OR ABOUT 03/02/22, LONG BEACH POLICE OFFICER HARRIS, ACTING UNDER THE COLOR OF LAW, AND WANTON DISREGARD FOR MY CIVIL LIBERTIES, UNLAWFULLY ARRESTED ME ON A FAILURE OF 5-DAY COMPLIANCE UNDER P.C. 290, AND WITH CALLOUS INDIFFERENCE WAS UNLAWFULLY IMPRISONED FOR TWO DAYS, AND RELEASED ON OR ON 03/04/22. ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~

BACKGROUND

PETITIONER WAS A GOOD KID, RAISED IN IDYLLIC ALMADEN VALLEY SAN JOSE, CALIFORNIA SANTA CLARA COUNTY, AFTER SERVING IN THE U.S. ARMY HONORABLY HE WORKED FOR THE FAMILY BUSINESS SELLING PRINT ADVERTISING. PETITIONER'S MOTHER, STELLA TORRES, WAS THE FIRST HISPANIC FEMALE ENTREPRENEUR, AND FOUNDED CALIFORNIA HOMES MAGAZINE. IN APRIL OF 1990 PETITIONER WAS THEN ACCUSED AND EVENTUALLY CONVICTED IN A VERY QUESTIONABLE "HE SAID SHE SAID" DATE RAPE CASE WHEN PETITIONER WAS ONLY 23 AND THE ACCUSER WAS 28 YR. FASTFORWARD TO JANUARY 28, 2022, PETITIONER SELF ADMITTED HIMSELF INTO A TRAUMA INFORMED CARE AND SUBSTANCE ABUSE DISORDER. PETITIONER WAS INFORMED BY SAFE REFUGE STAFF HE COULD NOT LEAVE THE FACILITY LOCATED AT 719 OBISPO AVE LONG BEACH, CA 90804 UNTIL AFTER 30-DAY OF DETOXIFICATION. PETITIONER CONTACTED THE LEAD DETECTIVE

1. MARK STEINHOUSE. PETITIONER LEFT THREE VOICEMAILS AND EVEN FAXED A
2. DETAILED LETTER WITH HIS LOCATION AND IDENTIFICATION THE WEEK OF
3. JANUARY 31, 2022. ON OR ABOUT 2/03/22, PETITIONER RECIEVED A
4. CALL FROM DETECTIVE MENENDEZ OR MERCEDEZ. PETITIONER EXPLAINED
5. HE WAS IN RECOVERY AND INTIMACY AND GOING TO COME DOWN
6. TO SAFE REFUGE AND REGISTER PETITIONER AT HIS SOBER LIVING
7. RESIDENCE LOCATED AT 719 OBISPO AVE, #9 LONG BEACH, CA
8. 90814. DECTIVE MENDEZ/MELINDEZ CALLED BACK AND SAID
9. PETITION WAS IN COMPLIANCE AND JUST COUNCELED PETITIONER TO
10. REGISTER WHEN OFF LOCKDOWN. ON 3/1/22, TUESDAY PETITIONER
11. WENT TO GO REGISTER AND SECURITY FOOTAGE WILL SHOW HE WAS
12. DENIED BY A FEMALE OFFICER AND SAID TO COME BACK
13. THURSDAY BETWEEN 6AM 2:30PM.~~~~~~~~
14. ON MARCH 02, 2022 AT APPROXIMATELY 6:30PM PETITIONER WAS
15. ARRESTED BY OFFICER HARRIS, A SEASON VETERAN OF LBPD FOR
16. OVER A DECADE AND KNOWS DECTETIV MARK STEINHOUX VERY
17. WELL. PETITIONER ASSERTS OFFICER HARRIS UNLAWFULLY
18. ARRESTED PETITIONER TO MEET BOOKING QUOTAS IN ORDER TO
19. RETAIN FEDERAL LAW ENFORCEMENT FUNDS, ACTING UNDER
20. THE COLOR OF LAW, WHEN PETITIONER WAS IN FULL COMPLIANCE,
21. THERE WAS EITHER GROSS NEGLIGENCE OR MALICE. BOTH ARE NOT
22. A DEFENSE IN CIVIL RIGHTS CLAIMS. ESPECIALLY THE INHUMANE
23. EGRECIOUS ACT OF FALSE IMPRISONMENT. ~~~~~~
24. ONCE OR'D ON 03/04/22 PETITIONER WAS HOMELESS, AND SUICIDAL
25. FROM BEING CAGED LIKE AN ANIMAL, AND WAS ADMITTED
26. TO THE LONG BEACH VA ACUTE PSYCHIATRIA WARD UNDE PC5150,
27. AND IS NOW SUFFERIN ACUTE PTSD FROM BEING FALSAULY
28. IMPRISONED, ET BRINGS TO QUESTION WHY DIDN'T OFFICER HARRIS
29. SIMPLY CALL DET. MARK STEINHEUSE ON HIS MOBIC PHONE. I AM
30. PRAYING THIS HONORABLE MAGISTRATE WILL GRANT THAT QUESTIONED
31. ANSWERED. ~~~~~~~~~~~
32. ///
33. ///

1  WHEREFORE, PETITIONER PRAYS THIS COURT WILL GRANT
2  COMPENSATORY AND PUNATIVE DAMAGES, THE COURT BELIEVES
3  PETITIONER MAY BE ENTITLED IN THIS PROCEEDING FOR
4  THE EMOTIONAL DISTRESS CAUSED BY OFFICER HARRIS, IN
5  CONCERT WITH THE LONG BEACH POLICE DEPARTMENT.

   *[signature]*
   SCOTT ROBERT MOON, IN PRO PER
   U.S. ARMY VET 4/7 INFANTRY 3RD DIV.

9  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
10 TRUE AND CORRECT
11 EXECUTED ON: 3/7/22         *[signature]*
   DATE                         PETITIONER

SCOTT ROBERT MOORE
TIBOR RUBIN VA MEDICAL CENTER
BUILDING 128 UNIT L-1
5901 E. 7TH ST
LONG BEACH, CA 90822

LEGAL MAIL
CONFIDENTIAL

U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
255 E. TEMPLE ST. #TS-134
LOS ANGELES, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 10 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY