JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ROBERT MOORE, | ) Case No. CV 22-1637-AB (JPR) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| LONG BEACH POLICE DEP'T et al., | ) |
| Defendants. | ) |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: May 2, 2022

_____
ANDRE BIROTTE JR.
U.S. DISTRICT JUDGE